# LAW OFFICES OF ERIC A. SHORE

*President*
Eric A. Shore ◇

*Managing Associates*
*Employment / Civil Rights*
Graham F. Baird ◇
Robert H. Graff ◇
Donald J. McCarthy ◈
Toni L. Telles □

*Workers' Compensation / Personal Injury*
Dennis J. Gruenke ◇△

*ERISA Disability*
Linda M. Lopez ◇

*Social Security / Veterans Disability*
Lisa Cunningham ❖

Two Penn Center, Suite 1240
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Fax: 215-627-9426

20 Brace Road, Suite 325
Cherry Hill, NJ 08034
Fax: 856-427-4008

**1-800-CANT-WORK**

*Associates*

**Raphael F. Castro** ○
**Yvette C. Cave** ◈◇
**Brian M. Doyle** ◈◇
**Mary LeMieux-Fillery** ◇
**Gabrielle Muller** ◈□
**Dennis C. Schmieder** □
**Michael A. Shore** ○

*Licensed*
○PA □NJ ◇PA&NJ ◈DC&NJ △MD ❖NY

November 30, 2021

**<u>VIA ELECTRONIC FILING</u>**
Honorable C. Darnell Jones II
United States District Judge
James A. Byrne U.S. Courthouse
601 Market Street
Room 15613
Philadelphia, PA 19106

Re:        *Finnegan v. Farmart Produce;* U.S.D.C. for the Eastern District of
             <u>Pennsylvania, No. 21-2330                                      </u>

Dear Judge Jones:

    I represent the Plaintiff, Sheila Finnegan, in the above captioned matter. I write to report that the above matter has settled between the parties and we respectfully request Your Honor enter a Fed.R.C.P. 41.1(b) Order dismissing the case with prejudice and with the parties bearing their own costs and fees.

    Thank you for Your Honor's kind consideration of this request.

                                    Best regards,

                                    GRAHAM F. BAIRD
                                    GrahamB@ericshore.com
                                    Direct Dial: 267-546-0131

GFB/dl
Cc: Kevin L Golden, Esq. (via ECF)
Mark Gulbranson, Esq. (via ECF)

July 14, 2021
Page 2 of 2