**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHEILA FINNEGAN,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **FARMART PRODUCE,** | **NO.  21-2330** |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 6th day of December, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**BY THE COURT:**

**/s/ Hon. C. Darnell Jones II**

**JONES, C. DARNELL II, J.**